UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| In re | ) | |
| | ) | Bankruptcy Case No. 14-20607-mdm |
| CHERISE SPOR | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the debtor, Cherise Spor, appears by Attorney Justin D. Kelly of DeLadurantey Law Office, LLC in this action.  A copy of all papers in this action should be served upon the undersigned at the address stated below.

Dated: 1/23/2014.

DeLadurantey Law Office, LLC

/s/
Justin D. Kelly
State Bar No. 1093564
735 W. Wisconsin Avenue, Suite 720
Milwaukee, WI  53233
(414) 377-0515 - Phone; (414) 755-0860 - Fax
E: justin@dela-law.com

Drafted by:
Justin D. Kelly
SBN 1093564
735 W. Wisconsin Ave., Suite 720
Milwaukee, WI  53233
(414) 377-0515; Fax (414) 755-0860
justin@dela-law.com